State ex rel. Walton J. Roberts, Plaintiff in Error, v. D. W. Moran, Sheriff of Dade County, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Dade.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Bart A. Riley*, for Plaintiff in Error.

---

Walton Cohen, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Criminal Court of Record for the County of Hillsborough.

Writ of Error dismissed on Motion of the Attorney General.

*Rivers Buford*, Attorney General, for the Motion.

---

W. E. Woods, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Criminal Court of Record for the County of Hillsborough.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford*, Attorney General, for the Motion.